UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

GILBERT RIOS,

    Plaintiff,

V.                                              Case No: 6:12-cv-194-Orl-18GJK

OSCEOLA COUNTY SHERIFFS
OFFICE, OSCEOLA COUNTY
CORRECTIONS DEPARTMENT and
STATE OF FLORIDA,

    Defendants.

_____

## ORDER

The case was referred to the United States Magistrate Judge for report and recommendation on Plaintiff's Application to Proceed Without Prepayment of Fees and Affidavit (Doc. No. 7). The Court having reviewed the report and recommendation of the magistrate judge, and there being no objections to the report filed by the plaintiff, it is hereby

**ORDERED** that the report and recommendation of the magistrate judge is hereby **APPROVED**. The motion is **DENIED** and the complaint is without merit and is therefore **DISMISSED**. Clerk of the Court is directed to **CLOSE** the case and send a copy of this Order to the plaintiff by Certified Mail.

        **DONE AND ORDERED** at Orlando, Florida, this _16_ day of April, 2012.

                                                  G. KENDALL SHARP
                                        SENIOR UNITED STATES DISTRICT JUDGE

Copies to: Unrepresented Party